**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK,**
**WHITE PLAINS DIVISION**

| | |
|---|---|
| **QHC UPSTATE MEDICAL, P.C.,** | Case No.: 7:22-cv-07418 |
| **Plaintiffs,** | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |
| *-against-* | |
| **CENTENE CORPORATION, NEW YORK QUALITY HEALTHCARE CORPORATION d/b/a FIDELIS CARE and REFUAH HEALTH CENTER, INC.,** | |
| **Defendants.** | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

 **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their

respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice

against defendant REFUAH HEALTH CENTER, INC., pursuant to the Federal Rules of Civil

Procedure 41(a)(1)(A)(ii).

Dated    January 13, 2022
         New York, New York

 ANDERSON KILL P.C.

 /s/ Paul M. Kaplan
 Paul M. Kaplan
 Sheldon Eisenberger
 Keith A. Lazere
 1251 Avenue of the Americas
 New York, NY 10020
 Telephone: (212) 278-1000
 pkaplan@andersonkill.com
 seisenberger@andersonkill.com
 klazere@andersonkill.com

1

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
          January 18, 2023

Counsel for QHC UPSTATE MEDICAL,
P.C.

**NIXON PEABODY, LLP**

Gordon L. Lang
799 9th Street NW
Suite 500
Washington, DC 20001-5327
Telephone: (202) 585-8319
Facsimile: (866) 947-3542
glang@nixonpeabody.com
Counsel for REFUAH HEALTH CENTER,
INC.

2

docs-100544115.1